IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRAPER FRANK WOODYARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:25-cv-224-TFM-N |
| ) | |
| QUALIRT CORRS HEALTH CARE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

On October 22, 2025, the Magistrate Judge entered a Report and Recommendation which recommends that Defendant Quality Corrections Medical Services be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and that Plaintiff's claims proceed against Defendants Dr. Sparks, Nurse Montgomery, and "Unknown Nurse". *See* Doc. 7. Plaintiff timely filed his objections. *See* Doc. 10.

In his objections, Plaintiff does not really contest the analysis of the Report and Recommendation on the dismissal of Quality Corrections Medical Services. He reiterates many of his same allegations about vicarious liability, but also argues that he can find out more through discovery. He still must sufficient allegations to survive scrutiny for a review under § 1915(e)(2)(B). Moreover, given that the dismissal is without prejudice, should information be discovered during discovery that would support allegations against Quality Corrections Medical Services, then there is nothing precluding amending the complaint again to indicate such.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the objections (Doc. 10) are **OVERRULED** and the Report and

Recommendation of the Magistrate Judge (Doc. 7) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant Quality Corrections Medical Services is **DISMISSED without prejudice**.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings pursuant to 28 U.S.C. § 636(b)(1).

**DONE** and **ORDERED** this 13th day of February, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE